# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 10, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

129038(50)

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

ANGEL HERNANDEZ-GARCIA,
        Defendant-Appellant.

_____

SC:    129038
CoA:  252516
Kent CC: 02-000104-FH

On order of the Chief Justice, the motion by the Attorney General for leave to file a brief *amicus curiae* in this case is considered and it is GRANTED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 10, 2006

_____
Clerk